UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KARA BILLER, as Attorney-in-Fact for JOAN M. MCKENNA; and JOAN M. MCKENNA, <br> Plaintiff, <br><br> v. <br><br> S-H OPCO GREENWICH BAY MANOR, LLC, a/k/a BROOKSDALE GREENWICH BAY; BROOKDALE SENIOR LIVING COMMUNTIIES, INC., a/k/a BROOKDALE SENIOR LIVING, INC.; BKD HB ACQUISTION SUB, INC.; BKD TWENTY-ONE MANAGEMENT COMPANY, INC.; and S-H TWENTY-ONE OPCO, INC., <br> Defendant. | C.A. No. 19-233-JJM-PAS |

ORDER

Defendants' Rule 59(e) Motion to Alter or Amend this Court's July 17, 2019 Order in Light of Newly Discovered Evidence (ECF No. 15) is DENIED. The "newly discovered evidence" to which the Defendants' refer was within their custody and they had access to it at all times. A court should "deny a motion for reconsideration based on the 'new evidence' exception if that evidence 'in the exercise of due diligence[] could have been presented earlier.' *Emmanuel v. Int'l Broth. of Teamsters, Local Union No. 25*, 426 F.3d 416, 422 (1st Cir.2005). "[A] district court does not abuse its discretion by denying a motion for reconsideration grounded on the discovery of evidence that, in the exercise of due diligence, could have been presented earlier." *Id.* (citing *Hayes*

*v. Douglas Dynamics, Inc.,* 8 F.3d 88, 91 n. 1 (1st Cir.1993)). Such is the case here, and so the Court DENIES Defendants' Motion to Alter. ECF No. 15.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

August 22, 2019